IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Kevin Wayne McDaniels, a/k/a Kevin W. McDaniels, | ) ) ) | C/A No.: 1:11-3128-TLW-SVH |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| United States of America, | ) ) ) | |
| Defendant. | ) ) | |

     This is a civil action filed by a federal prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**TO THE CLERK OF COURT**:

     This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue the summonses or forward this matter to the United States Marshal for service of process at this time.

     IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

February 27, 2012                      Shiva V. Hodges
Columbia, South Carolina           United States Magistrate Judge